

1   Joseph D. Miller, State Bar No. 109032
    EPSTEIN BECKER & GREEN, P.C.
2   One California Street, 26th Floor
    San Francisco, California 94111-5427
3   Telephone:    415.398.3500
    Facsimile:    415.398.0955
4   jmiller@ebglaw.com

5   Kathleen M. Williams, State Bar No. 334888
    EPSTEIN BECKER & GREEN, P.C.
6   1227 25th Street, NW, Suite 700
    Washington, DC 20037-1175
7   Telephone:    202.861.1871
    Facsimile:    202.861.3571
8   kwilliams@ebglaw.com

9   Attorneys for Defendant,
    TEAM HEALTH, INC.
10



11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13

14  ANGELA FIKE,                          CASE NO.  C03-02869 VRW

15            Plaintiff,                   **E-Filing Case**

16       v.                               **APPLICATION FOR ADMISSION OF
                                          ATTORNEY** *PRO HAC VICE*
17  TEAM HEALTH, INC.,                    ORDER

18            Defendant.

19

20      Pursuant to Civil Local Rule 11-3, Kathleen M. Williams, an active member in good

21  standing of the bars of the United States District Courts for the District of Columbia and

22  Maryland hereby applies for admission to practice in the Northern District of California on a *pro*

23  *hac vice* basis representing TEAM HEALTH, INC. in the above-entitled action.

24      In support of this application, I certify under oath that:

25      1.      I am an active member in good standing of a United States Court or of the highest

26              court of another State (the District of Columbia);

27      2.      I do not reside in the State of California nor am I regularly engaged in the practice

28              of law in the State of California.

SF:110788v1                    APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
                                                      CASE NO. C03-02869 VRW

3. I agree to abide by the Standards of Professional Conduct set forth in the Local Rules of the Northern District of California and agree to become familiar with the Alternative Dispute Resolution program of this Court;

4. I agree to pay to the Clerk sixty dollars ($60.00) to be placed in the Court's non-appropriated fund for library, educational, and other appropriate uses; and

5. I am Of Counsel in the law firm of Epstein Becker & Green, P.C. and maintain an office at 1227 25th Street NW, Suite 700 Washington, D.C. 20037. During the defense of this action, I will be in association with Joseph D. Miller, a attorney in the law firm of Epstein Becker & Green, P.C., and who is a member of the bar of this Court in good standing and who maintains an office within the State of California as follows:

Joseph D. Miller, Esq.
Epstein Becker & Green, P.C.
One California Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3500
Facsimile: (415) 398-0955

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 7, 2006

Kathleen M. Williams

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: September ___, 2006

Judge Vaughn R. Walker

- 2 -

SF:110788v1

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. C03-02869 VRW