Joseph D. Miller, State Bar No. 109032
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:    415.398.3500
Facsimile:    415.398.0955
jmiller@ebglaw.com

Attorneys for Defendants
TEAM HEALTH, INC., TEAM PHYSICIANS OF ARIZONA, RANDALL AGUIAR, CATHY GIFFORD, and PAULA MILLSAPS

Jerry N Budin, State Bar No. 88539
Law Office of Jerry Budin
1500 J Street, Second Floor
Modesto, California 95354
Telephone:    209.544.3030
Facsimile:    209.544.3144
jerrybudin@msn.com

Attorneys for Plaintiff
ANGELA FIKE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA FIKE,<br><br>            Plaintiff,<br><br>     v.<br><br>TEAM HEALTH, INC., TEAM PHYSICIANS OF ARIZONA, RANDALL AGUIAR, CATHY GIFFORD, PAULA MILLSAPS and DOES 1 Through 100,<br><br>            Defendant(s). | CASE NO. C03-02869 VRW<br><br>**E-Filing Case**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)** |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel that the above-entitled action and below identified Defendants Team Health, Inc., Team Physicians of Arizona, Randall Aguiar, Cathy Gifford, and Paula Millsaps are hereby dismissed with prejudice.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 15, 2006 | EPSTEIN BECKER & GREEN, P.C. |
| 3 | | |
| 4 | | By: _____ |
| | | Joseph D. Miller |
| 5 | | Attorney for Defendants |
| | | TEAM HEALTH, INC., |
| 6 | | TEAM PHYSICIANS OF ARIZONA, |
| | | RANDALL AGUIAR, |
| 7 | | CATHY GIFFORD, and |
| | | PAULA MILLSAPS |
| 8 | | |
| 9 | | |
| 10 | DATED: November 15, 2006 | LAW OFFICE OF JERRY N. BUDIN |
| 11 | | |
| 12 | | By: _____ |
| 13 | | Jerry N. Budin |
| | | Attorney for Plaintiff |
| 14 | | ANGELA FIKE |

**IT IS SO ORDERED**
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SF:116737v1

- 2 -

Stipulation of Voluntary Dismissal
Case No C03-02869 VRW